Steven M. Dailey (SBN 163857)
Jennifer L. Andrews (SBN 222807)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Authorized E-Service Address: irvineintake@KutakRock.com
Email: Steven.dailey@kutakrock.com

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. MOEHLING,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.<br><br>Defendant. | Case No. 3:26-CV-01399-TWR-VET<br><br>Assigned to: Hon. Todd W. Robinson<br><br>**PROPOSED ORDER ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: August 6, 2026<br>Time: 1:30 p.m.<br>Ctrm.: 14A<br><br>Complaint filed: March 5, 2026 |

The Court, having reviewed the papers filed in support of Defendant SELECT PORTFOLIO SERVICING, INC.'s ("SPS"), Motion to Dismiss Plaintiff's Complaint, ("Motion"), the opposing papers, the arguments of counsel and good cause appearing,

**IT IS HEREBY ORDERED:**

1. For the reasons stated in the moving papers, SPS's Motion to Dismiss Plaintiff's Complaint is GRANTED without leave to amend; and

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT

2.    Plaintiff's Complaint is dismissed in its entirety with prejudice as to Wells Fargo.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Todd W. Robinson, Judge
United States District Court