Steven M. Dailey (SBN 163857)
Jennifer L. Andrews (SBN 222807)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA  92614-8595
Telephone:   (949) 417-0999
Facsimile:   (949) 417-5394
 Authorized E-Service Address:  irvineintake@KutakRock.com
Email:        Steven.dailey@kutakrock.com

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. MOEHLING,<br><br>                    Plaintiff,<br><br>           v.<br><br>SELECT PORTFOLIO SERVICING, INC.<br><br>                    Defendant. | Case No.  3:26-CV-01399-TWR-VET<br><br>Assigned to:  Hon. Todd W. Robinson<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Federal Rule of Civil Procedure, Rules 12(b)(6), 12(b)(7)]<br><br>Filed and served concurrently with Motion to Dismiss Plaintiff's Complaint and Motion to Strike<br><br>Date:        August 6, 2026<br>Time:        1:30 p.m.<br>Ctrm.:        14A<br><br>Complaint filed:  March 5, 2026 |

        Defendant SELECT PORTFOLIO SERVICING, INC. ["SPS"] hereby request this Court take judicial notice, pursuant to Federal Rules of Evidence, Rule 201, of the following documents.  [*Lee v. City of L.A.*, 250 F.3d 668, 688–89 (9th Cir. 2001); see also *Fernandez v. Wells Fargo Bank, N.A.*, 2012 WL 5350256, at *2 (N.D. Cal. Oct. 29, 2012) (taking judicial notice of similar documents).

///

| **Exhibit** | **Document** |
|---|---|
| "1" | Deed of Trust recorded September 22, 2005 in San Diego County Recorder's Office as Document Number 2005-0818446. A true and correct copy is attached as Exhibit "1". |
| "2" | Assignment of Deed of Trust recorded April 19, 2011 in San Diego County Recorder's Office as Document Number 2011-202579. A true and correct copy is attached as Exhibit "2". |
| "3" | Docket regarding *In re Steven Moehling*, United States Bankruptcy Court for the Southern District of California, Case No. 19-03857-CL13. A true and correct copy is attached as Exhibit "3". |
| "4" | Chapter 13 Petition filed June 28, 2019, regarding *In re Steven Moehling*, United States Bankruptcy Court for the Southern District of California, Case No. 19-03857-CL13. A true and correct copy is attached as Exhibit "4". |
| "5" | Chapter 13 Plan filed June 28, 2019, regarding *In re Steven Moehling*, United States Bankruptcy Court for the Southern District of California, Case No. 19-03857-CL13. A true and correct copy is attached as Exhibit "5". |
| "6" | Order on Stipulation Granting Adequate Protection filed April 24, 2020, regarding *In re Steven Moehling*, United States Bankruptcy Court for the Southern District of California, Case No. 19-03857-CL13. A true and correct copy is attached as Exhibit "6". |
| "7" | Notice of Final Cure Payment and Completion of Payments Under the Plan filed February 20, 2024, regarding *In re Steven Moehling*, United States Bankruptcy Court for the Southern District of California, Case No. 19-03857-CL13. A true and correct copy is attached hereto as Exhibit "7". |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 2 -

REQUEST FOR JUDICIAL NOTICE

4877-5610-6877.2

**"8"**     Response to Notice of Final Cure filed March 11, 2024, regarding *In re Steven Moehling*, United States Bankruptcy Court for the Southern District of California, Case No. 19-03857-CL13. A true and correct copy is attached hereto as Exhibit "**8**".

**"9"**     Discharge Order entered April 4, 2024, regarding *In re Steven Moehling*, United States Bankruptcy Court for the Southern District of California, Case No. 19-03857-CL13. A true and correct copy is attached hereto as Exhibit **"9"**.

**"10"**     Motion to Enforce Discharge Injunction filed November 18, 2025, regarding *In re Steven Moehling*, United States Bankruptcy Court for the Southern District of California, Case No. 19-03857-CL13. A true and correct copy is attached hereto as Exhibit "**10**".

**"11"**     Opposition to Debtor's Motion to Enforce Discharge Injunction filed December 9, 2025, regarding *In re Steven Moehling*, United States Bankruptcy Court for the Southern District of California, Case No. 19-03857-CL13. A true and correct copy is attached hereto as Exhibit "**11**".

**"12"**     Request for Judicial Notice filed December 9, 2025, regarding *In re Steven Moehling*, United States Bankruptcy Court for the Southern District of California, Case No. 19-03857-CL13. A true and correct copy is attached hereto as Exhibit "**12**"

**"13"**     Supplemental Brief in Opposition to Motion to Enforce Discharge Injunction filed February 23, 2026, regarding *In re Steven Moehling*, United States Bankruptcy Court for the Southern District of California, Case No. 19-03857-CL13. A true and correct copy is attached hereto as Exhibit "**13**".

**"14"**  Declaration in Support of Opposition to Motion to Enforce Discharge Injunction filed Februrary 23, 2026, regarding *In re Steven Moehling*, United States Bankruptcy Court for the Southern District of California, Case No. 19-03857-CL13. A true and correct copy is attached hereto as Exhibit "**14**".

**"15"**  Order Denying Motion to Enforce Discharge Injunction entered March 25, 2026, regarding *In re Steven Moehling*, United States Bankruptcy Court for the Southern District of California, Case No. 19-03857-CL13. A true and correct copy is attached hereto as Exhibit "**15**".

Dated:  June 9, 2026  KUTAK ROCK LLP

By: /s/ Steven M. Dailey
Steven M. Dailey
Jennifer L. Andrews
Attorneys for Defendant
SELECT PORTFOLIO
SERVICING, INC.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 4 -

REQUEST FOR JUDICIAL NOTICE

4877-5610-6877.2

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I caused to be electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: June 9, 2026 **KUTAK ROCK LLP**


By: */s/ Steven M. Dailey*
Steven M. Dailey
Attorney for Defendant,
SELECT PORTFOLIO SERVICING,
INC.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

-1-

CERTIFICATE OF SERVICE