Steven M. Dailey (SBN 163857)
Jennifer L. Andrews (SBN 222807)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA  92614-8595
Telephone: (949) 417-0999
Facsimile:  (949) 417-5394
Authorized E-Service Address:  irvineintake@KutakRock.com
Email:       Steven.dailey@kutakrock.com

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. MOEHLING,<br><br>               Plaintiff,<br><br>     v.<br><br>SELECT PORTFOLIO<br>SERVICING, INC.<br><br>               Defendant. | Case No.  3:26-CV-01399-TWR-VET<br><br>Assigned to:  Hon. Todd W. Robinson<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Filed and served concurrently with Request for Judicial Notice and Motion to Dismiss<br><br>(Federal Rule of Civil Procedure 12(f))<br><br>Date:      August 6, 2026<br>Time:      1:30 p.m.<br>Ctrm.:     14A<br><br>Complaint filed:  March 5, 2026 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 6, 2026, at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 14A, of the above-entitled court, located at 333 West Broadway, San Diego, California, Defendant SELECT PORTFOLIO SERVICING, INC. ("SPS") will and hereby does move this Court to strike portions of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure, Rule 12(f).

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

-1-                                                3:26-CV-01399-TWR-VET

MEMORANDUM OF POINTS AND AUTHORITIES

4932-6365-7632.1

SPS will move this Court for an order striking the following language from the Complaint:

## ALLEGATIONS REGARDING PUNITIVE DAMAGES

This request is based on Plaintiff's failure to allege specific facts indicating "fraud, malice or oppression" and Plaintiff's failure to allege specific facts indicating that SPS authorized or ratified any acts indicating "fraud, malice or oppression."

1. The words "Punitive damages as permitted by law," appearing at page 24, paragraph E of the Prayer.

## ALLEGATIONS REGARDING EMOTIONAL DISTRESS

This request is based on Plaintiff's failure to identify any physical impact or physical injury in the Complaint.

2. The words "and emotional distress," appearing at page 12, paragraph 78.

3. The words "and emotional distress," appearing at page 13, paragraph 86.

4. The words "including emotional distress," appearing at page 14 paragraph 96.

5. The words "and emotional distress," appearing at page 15, paragraph 110.

6. The words "and emotional distress," appearing at page 16, paragraph 116.

7. The words "and emotional distress," appearing at page 17, paragraph 124.

8. The words "and emotional distress," appearing at page 22, paragraph 162.

9. The words "and emotional distress," appearing at page 24, paragraph A of the Prayer.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 2 -                    3:26-CV-01399-TWR-VET

MOTION TO STRIKE

4932-6365-7632.1

## **ALLEGATIONS REGARDING ATTORNEYS' FEES**

This request is based on the fact that Plaintiff is *in pro per* and fails to plead a statutory or contractual basis for an award of fees.

10.     The words "and reasonable attorneys' fees," appearing at page 24, paragraph F of the Prayer.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Request for Judicial Notice, the pleadings and records on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

Dated:  June 9, 2026              KUTAK ROCK LLP


By: */s/ Steven M. Dailey*
     Steven M. Dailey
     Jennifer L. Andrews
     Attorneys for Defendant
     SELECT PORTFOLIO SERVICING, INC.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 3 -                                      3:26-CV-01399-TWR-VET

MOTION TO STRIKE

4932-6365-7632.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I caused to be electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: June 9, 2026                    **KUTAK ROCK LLP**


By: */s/ Steven M. Dailey*
    Steven M. Dailey
    Attorney for Defendant,
    SELECT PORTFOLIO SERVICING,
    INC.