Steven M. Dailey (SBN 163857)
Jennifer L. Andrews (SBN 222807)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA  92614-8595
Telephone: (949) 417-0999
Facsimile:  (949) 417-5394
Authorized E-Service Address:  irvineintake@KutakRock.com
Email:      Steven.dailey@kutakrock.com

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. MOEHLING,<br><br>                    Plaintiff,<br><br>          v.<br><br>SELECT PORTFOLIO SERVICING, INC.<br><br>                    Defendant. | Case No.  3:26-CV-01399-TWR-VET<br><br>Assigned to:  Hon. Todd W. Robinson<br><br>**[PROPOSED] ORDER ON MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**<br><br>Date:      August 6, 2026<br>Time:      1:30 p.m.<br>Ctrm.:     14A<br><br>Complaint filed:  March 5, 2026 |

The Court, having reviewed the papers filed in support of Defendant SELECT PORTFOLIO SERVICING, INC.'s ("SPS"), Motion to Strike Portions of Plaintiff's Complaint, ("Motion"), the opposing papers, the arguments of counsel and good cause appearing,

///

///

///

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER ON MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT

4918-9191-7748.1

**IT IS HEREBY ORDERED:**

For the reasons stated in the moving papers, SPS's Motion to Strike Portions of Plaintiff's Complaint is GRANTED without leave to amend; and

**IT IS SO ORDERED.**


Dated: _____                                      _____
                                                            Hon. Todd W. Robinson, Judge
                                                            United States District Court