Steven M. Dailey, Bar No. 163857
Jennifer L. Andrews, Bar No. 222807
**KUTAK ROCK LLP**
5 Park Plaza, Suite 1500
Irvine, California 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Authorized E-Service Address: irvineintake@KutakRock.com
Email: Steven.dailey@kutakrock.com

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

UNITED STATES DISTRICT CORT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. MOEHLING,<br><br>                    Plaintiff,<br><br>        v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>                    Defendants. | Case No. 26-CV-01399-TWR-VET<br><br>**SELECT PORTFOLIO SERVICING, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint filed: March 5, 2026 |

Select Portfolio Servicing, Inc. ("SPS") is a wholly owned subsidiary of SPS Holdings Corp., which is also a wholly owned subsidiary of Credit Suisse Holdings (USA), Inc., which is jointly owned by Credit Suisse AG and Credit Suisse Group AG. Credit Suisse AG is a wholly owned subsidiary of Credit Suisse Group AG. The shares of Credit Suisse Group AG are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

Dated: June 9, 2026                KUTAK ROCK LLP


By: /s/ *Steven M. Dailey*
    Steven M. Dailey
    Attorneys for Defendant
    SELECT PORTFOLIO SERVICING,
    INC.

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I caused to be electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: June 9, 2026

**KUTAK ROCK LLP**

By: */s/ Steven M. Dailey*
   Steven M. Dailey
   Attorney for Defendant,
   SELECT PORTFOLIO SERVICING,
   INC.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE